F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 0 0 2008

GREGORY C. LANGHAM
CLERK


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02334-BNB

GWEN BERGMAN,

    Plaintiff,

v.

HOWARD KIEFFER,

    Defendant.

## ORDER OF DISMISSAL

Plaintiff, Gwen Bergman, currently is confined at the Federal Medical Center (FMC) Carswell in Fort Worth, Texas. She initiated this action by submitting to the Court *pro se* a complaint and a motion for leave to proceed pursuant to 28 U.S.C. § 1915. The Court reviewed the documents and determined they were deficient. Therefore, in an order filed on October 28, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Ms. Bergman to cure certain deficiencies in the case within thirty days if she wished to pursue her claims.

The October 28, 2008, order pointed out that Ms. Bergman failed to use the proper, Court-approved forms for filing a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The order warned Ms. Bergman that if she failed to cure the designated deficiencies within thirty days, the complaint and the action would be dismissed without prejudice and without further

notice. On December 1, 2008, Ms. Bergman submitted on the proper, Court-approved forms a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. However, the copy of the trust fund account statement for the six-month period immediately proceeding this filing that she attached to the § 1915 motion and affidavit is not certified.

Ms. Bergman has failed within the time allowed to comply with the October 28, order to cure. Subsection (a)(2) of 28 U.S.C. § 1915 requires submission of "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." The Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 notes this requirement. By failing to submit a copy of her trust fund account statement certified by the appropriate prison official at the FMC Carswell, Ms. Bergman has failed to cure all the deficiencies listed in the October 28 order within the time allowed. The complaint and the action will be dismissed without prejudice for failure to cure the designated deficiencies as directed within the time allowed. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure. It is

FURTHER ORDERED that leave to proceed pursuant to 28 U.S.C. § 1915 is denied as moot.

DATED at Denver, Colorado, this 9 day of December, 2008.

BY THE COURT:

*(signature)*
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02334-BNB

Gwen Bergman
FMC Carswell
P.O. Box 27137
Ft. Worth, TX 76127

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 12/9/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk